# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| ASHLEY GENNOCK AND JORDAN BUDAI, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | : | No. 335 WAL 2020 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Order** of the Superior |
| Respondents | : | Court at No. 88 WDM 2020 entered |
| | : | on October 16, 2020, denying the |
| | : | Petition for Permission to Appeal |
| v. | : | from the Order of the Lawrence |
| | : | County Court of Common Pleas at |
| | : | No. 11119 of 2019 entered on |
| KIRKLAND'S INC., | : | August 20, 2020. |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| JORDAN BUDAI, ANDREA SCIOLA, AND ASHLEY GENNOCK, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | : | No. 336 WAL 2020 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Order** of the Superior |
| Respondents | : | Court at No. 89 WDM 2020 entered |
| | : | on October 16, 2020, denying the |
| | : | Petition for Permission to Appeal |
| v. | : | from the Order of the Lawrence |
| | : | County Court of Common Pleas at |
| | : | No. 10896 OF 2019 entered on |
| COUNTRY FAIR, INC., | : | August 20, 2020. |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2021, the Petitions for Allowance of Appeal are **GRANTED**, the orders of the Superior Court are **VACATED**, and the cases are

**REMANDED** to the Superior Court to provide its rationale for the denial of Petitioners' petitions for permission to appeal.